Rachel E. Kaufman (CSB # 259353)
rachel@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff Arcieri and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ARCIERI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNRUN, INC. and CLEAN ENERGY EXPERTS LLC,<br><br>　　　　　Defendants. | Case No. 4:21-cv-04549-JSW<br><br>**STIPULATION OF DISMISSAL & [PROPOSED] ORDER** |

　　Plaintiff Sandra Arcieri and Defendants Sunrun, Inc. and Clean Energy Experts LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 4, 2022　　　　　　　By: */s/ Rachel E. Kaufman*
　　　　　　　　　　　　　　　　　　　Rachel E. Kaufman
　　　　　　　　　　　　　　　　　　　KAUFMAN P.A.

*Attorney for Plaintiff and the Proposed Classes*

Dated: January 4, 2022          By: */s/ Becca J. Wahlquist*
                                       Becca J. Wahlquist

*Attorneys for Defendants*

### ECF ATTESTATION

I, Rachel E. Kaufman, attest that concurrence in this filing has been obtained from the signatories above. *See* L.R. 5-1(h)(3).

Dated:   January 4, 2022          By: *s/ Rachel E. Kaufman*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 4, 2022

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

Stipulation of Dismissal
Case No. 4:21-cv-04549-JSW